UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

ESPRESSO MANAGEMENT HOLDINGS,
INC., ET AL.

Chapter 7

Case No. 16-12413 (MEW)

Debtor.
-----------------------------------------------------------------X
JIL MAZER-MARINO, as chapter 7 trustee
for AF-1, LLC, AF-22, LLC, F-6 CHELSEA,
INC., and ESPRESSO STORES, INC.

Plaintiff,

v.

Ad. Proc. No. 18- 01555 (MEW)

MOSHE MAMAN, GIDON MAMAN, LILACH
MAMAN, MOSHE LIRON, LOLA 8 WEST, LTD.,
LOLA 339 FORDHAM ROAD, INC., A STORES
NY LTD., ESPRESSO KITCHEN, LLC, AND
PAKOD, INC.

Defendants.
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss:
COUNTY OF WESTCHESTER    )

       Lisa N. Mandell, being sworn says:

       I am not a party to the action, am over 18 years of age and reside at White Plains, New York (office).

       On August 16, 2018, I served a true copy of the annexed **ANSWER BY DEFENDANT MOSHE MAMAN TO COMPLAINT** in the following manner:

Affidavit of Service
50010500-004

in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

**Jil Mazer-Marino**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194

Garden City, NY 11530-9194

_____
Lisa N. Mandell

Sworn to before me this
18th day of August, 2018

_____
NOTARY PUBLIC

EILEEN M. ACOSTA
Notary Public, State of New York
No. 01AC8010118
Qualified in Orange County
Commission Expires July 13, 20___

Affidavit of Service
50010500-004